SCWC-15-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTIAN SAKAL, Respondent/Plaintiff-Appellant,

vs.

ASSOCIATION OF APARTMENT OWNERS OF HAWAIIAN MONARCH,
Petitioner/Defendant-Appellee; JONAH SCOTT KOGEN, K&F 1984 LLC,
Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000529, CAAP-15-0000573; CIV. NO. 14-1-1118)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Pollack, and Wilson, JJ.;
and Recktenwald, C.J. dissenting separately,
with whom Nakayama, J. joins)

Petitioner/Defendant-Appellee Association of Apartment
Owners of Hawaiian Monarch's Application for Writ of Certiorari,
filed on November 30, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 28, 2018.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

